UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREMETRICS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ATOMIC PARK.COM, LLC, a/k/a ATOMICPARK.COM, and DOES 1 though 20, inclusive,<br><br>            Defendants.<br>_____/ | No. C-04-0222 EMC<br><br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO STRIKE**<br>**(Docket No. 38)** |

       On February 22, 2005, this Court ordered the parties to provide supplemental briefing, limited to five pages each, on AtomicPark's motion to dismiss. *See* Docket No. 30. On April 13, 2005, Coremetrics filed its supplemental briefing, which exceeded the five-page limit. Coremetrics also filed a supplemental declaration from its counsel, with exhibits attached. Subsequently, AtomicPark objected to and moved to strike Coremetrics's supplemental brief and supplemental declaration. In response, Coremetrics stated that it was willing to give AtomicPark an opportunity to respond to the new arguments and facts; alternatively, Coremetrics asked the Court to consider at least the five pages of its supplemental brief regarding general jurisdiction.

       Having considered the parties' briefs and accompanying submissions on AtomicPark's motion to strike, the Court hereby GRANTS in part and DENIES in part the motion. More specifically, the Court shall strike those parts of Coremetrics's supplemental brief that discuss specific jurisdiction. Coremetrics failed to raise any argument on specific jurisdiction in its original

opposition to AtomicPark's motion to dismiss. However, the Court shall not strike those parts of the supplemental brief that address general jurisdiction. The purpose of the Court's order on supplemental briefing was to give the parties an opportunity to cite recent authority on the issue of general jurisdiction. However, nowhere in the order did the Court specifically preclude the parties from citing earlier cases.

In addition, even though the Court's order on supplemental briefing did not permit any additional evidence to be filed, the Court shall not strike the supplemental declaration filed by counsel for Coremetrics. However, to ensure that AtomicPark is not thereby prejudiced, the Court shall give AtomicPark an opportunity to file any supplemental evidence to respond to the supplemental declaration of Mr. Farrer. AtomicPark shall have until May 16, 2005, to file supplemental evidence in response to the supplemental declaration of Mr. Farrer.

This order disposes of Docket No. 38.

IT IS SO ORDERED.

Dated: May 11, 2005

                                   /s/
                                   EDWARD M. CHEN
                                   United States Magistrate Judge