1  LAW OFFICES OF WILLIAM WEBB FARRER
   William Webb Farrer (SBN 095276)
2  300 Montgomery Street, Suite 600
   San Francisco, California 94104
3  (415) 765-9100
   (415) 765-9109 (fax)
4

5  Attorneys for Plaintiff
   COREMETRICS, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 COREMETRICS, INC., a Delaware       )
   corporation,                        )
12                                     )   CASE NO. C 04-00222-EMC
              Plaintiff,               )
13                                     )
        vs.                            )   JOINT STATUS CONFERENCE
14                                     )   STATEMENT ; ORDER
   ATOMICPARK.COM, LLC, a/k/a          )   Date:       July 13, 2005
15 ATOMICPARK.COM, and DOES 1 through  )   Time:       2:30 p.m.
   20, inclusive,                      )   Courtroom:  C, 15th Floor
16                                     )   Judge:      Magistrate Edward M. Chen
              Defendants.              )
17 _____)

18

19      Pursuant to the court's order dated May 25, 2005, plaintiff Coremetrics, Inc.

20 ("Coremetrics") and defendant Atomicpark.com, LLC, a/k/a Atomicpark.com ("AtomicPark")

21 submit the following Joint Status Conference Statement.

22 Case Status:

23      On December 8, 2003, Coremetrics filed a Verified Complaint for Breach of Contract,

24 Fraud, Common Counts and Damages (the "Complaint") against AtomicPark.com, in the San

25 Mateo Superior Court (Case No..CIV 428023) to collect the sum of $101,000, or more, for breach

26 of a MarketForce Services Agreement signed by the parties and dated September 26, 2002. On

27 January 15, 2004, AtomicPark filed a Notice of Removal of Action Under 28 U.S.C. Section

28 1441(b) (Diversity) and thereby removed this matter to the United States District Court for the

Joint Status Conference Statement (I289/P019.WWF) 1        I    Case No. C 04-00222-EMC

Northern District of California. This matter was then assigned to United States Magistrate Judge, Edward M. Chen as Case No. C 04-00222-EMC.

On January 27, 2004, AtomicPark filed a Motion to Dismiss for Want of Personal Jurisdiction (the "Motion"). The hearing on the Motion was postponed to give the parties a chance to conduct jurisdictional discovery. On May 16, 2005, this Court issued an order denying the Motion. On June 3, 2005, AtomicPark filed an answer to the Complaint denying its material allegations and asserting various affirmative defenses, including that this Court does not have personal jurisdiction over AtomicPark or subject matter jurisdiction on the grounds that the Complaint does not seek damages in excess of $75,000.

As a result of the Motion, the parties have not met or conferred regarding initial disclosures, ADR or discovery and have not filed a joint ADR certification. The parties also need to exchange initial disclosures, file a case management statement and a Rule 26f report and the court then needs to hold a case management conference.

Counsel for the parties have conferred and agreed upon the following timetable for the open items that require completion before the case management conference:

| | |
|---|---|
| July 27, 2005 | last day to meet & confer re initial disclosures, ADR, discovery and file Joint ADR certification |
| August 17, 2005 | last day to complete initial disclosures, file case management conference statement and Rule 26f report |
| August 24, 2005 | 1:30 p.m. Case Management Conference, Courtroom C |

Dated: June 13, 2005

LAW OFFICES OF WILLIAM WEBB FARRER.

By _____
William Webb Farrer
Attorneys for Plaintiff Coremetrics, Inc.

IT IS SO ORDERED:

DUDNICK DETWILER RIVIN & STIKKER, LLP



By _____
William C. Wilka
Attorneys for Defendant AtomicPark.com, LLC

Edward _____
United States Magistrate
Judge