GREGORY K. KLINGSGPORN, SBN 203649
MITCHELL HERZOG & KLINGSPORN
A Limited Liability Partnership
550 Hamilton Avenue, Suite 230
Palo Alto, CA  94301
Telephone:  (650) 327-7476
Facsimile: (650) 327-7994

Attorneys for Plaintiff
COREMETRICS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREMETRICS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>ATOMICPARK.COM, LLC a/k/a ATOMICPARK.COM, and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO. C 04-00222-EMC<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER OF CONDITIONAL DISMISSAL**<br><br>Courtroom:    C, 15th Floor<br>Judge:           Magistrate Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Coremetrics, Inc. ("Coremetrics") and defendant Atomicpark.com ("AtomicPark") jointly submit this Stipulation and Proposed Order of Conditional Dismissal and request the Court to enter dismissal of this case but retain jurisdiction to enforce the parties' settlement agreement.

**STIPULATION**

1.     On December 8, 2003, Coremetrics filed a lawsuit against AtomicPark in the San Mateo County Superior Court and for related relief (the "Action"). The Action was transferred to this Court and assigned by consent of the parties to Magistrate Judge Edward M. Chen for all purposes.

2.     On January 24, 2006, Coremetrics and AtomicPark, and their attorneys, attended a Settlement Conference presided over by Magistrate Judge Bernard Zimmerman of the United States

1  District Court for the Northern District of California. At the Settlement Conference, the parties reached a
2  settlement agreement, which agreement was placed on the record.

3      3.    The parties thereafter memorialized the terms of their settlement agreement in a written
4  Settlement Agreement And Mutual Release of All Claims ("Settlement Agreement"), which document
5  has been executed by Coremetrics and AtomicPark and their attorneys.

6      4.    The parties have agreed in their written Settlement Agreement to the continuing
7  jurisdiction of this Court for enforcement of its terms.

8      5.    The parties hereby request that the Court issue an Order of Conditional Dismissal
9  providing that the case be dismissed, conditioned upon the parties' compliance with the terms of the
10  Settlement Agreement.

11  Dated: March 2, 2006                MITCHELL HERZOG & KLINGSPORN LLP

14                                      By _____
                                            GREGORY K. KLINGSPORN
                                            Attorneys for Plaintiff Coremetrics, Inc.

16  Dated: March 6, 2006.               DUDNICK DETWILER RIVIN & STIKKER, LLP

19                                      By: _____
                                            William C. Wilka
20                                          Attorneys for Defendant AtomicPark.com, LLC

22  //
23  //
24  //
25  //
26  //
27  //
28  //

| | |
|---|---|
| 1 | **ORDER OF CONDITIONAL DISMISSAL** |
| 2 | This Court having reviewed the foregoing Stipulation, the action is dismissed without prejudice, |
| 3 | subject to the parties' full compliance with the Settlement Agreement And Mutual Release of Claims, with |
| 4 | which the parties are hereby directed to comply. This Court retains jurisdiction to enforce the Settlement |
| 5 | Agreement And Mutual Release Of All Claims. The Clerk is directed to place the case on the Court's |
| 6 | inactive docket. |
| 7 | IT IS SO ORDERED. |

Dated: _____March 9_____, 2006          _____
                                         UNITED STATES MAGISTRATE JUDGE

